**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Hewlett Packard Co, et al., | NO. C 99-20207 JW |
| Plaintiff(s), v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| ACE Property & Casualty, et al., | |
| Defendant(s). | |

On March 14, 2006, the parties filed their Ninth Supplemental Joint Case Management Statement, in which they advise the Court that they participated in a further evidentiary hearing with the Special Master on January 9 through 13, 2006, and that they are in the process of completing briefing, which will be submitted to the Special Master by June 30, 2006. Based upon the parties' representations, the Court continues the case management conference from March 27, 2006 to September 11, 2006 at 10:00 a.m. The parties shall file an updated joint case management statement no later than September 1, 2006.

Dated: March 20, 2006      /s/James Ware
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Bradley M. Zamczyk bzamczyk@hinshawlaw.com

David A. Gauntlett info@gauntlettlaw.com

James A. Lowe jal@gauntlettlaw.com

Martin S. Checov mchecov@omm.com

Merle J. Panick mpanick@hinshawlaw.com

Ralph A. Zappala zappala@ldbb.com

Robert J. Romero rromero@hinshawlaw.com

**Dated: March 20, 2006**  **Richard W. Wieking, Clerk**

**By:  /s/JW Chambers**
       **Melissa Peralta**
       **Courtroom Deputy**