IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Hewlett Packard Co, | NO. C 99-20207 JW |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| ACE Property & Casualty Ins. Co., et al, | |
| Defendants. | |

Pursuant to the parties' Joint Statement and Judge Stone's updated letter to the Court, the Court continues the case management conference presently scheduled for September 11, 2006 to **November 27, 2006 at 10 AM**. The parties shall file an updated joint statement ten days before the date of the conference.

Dated: September 5, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Bradley M. Zamczyk bzamczyk@hinshawlaw.com
David A. Gauntlett info@gauntlettlaw.com
James A. Lowe jal@gauntlettlaw.com
Martin S. Checov mchecov@omm.com
Merle J. Panick mpanick@hinshawlaw.com
Ralph A. Zappala zappala@ldbb.com
Robert J. Romero rromero@hinshawlaw.com

**Dated: September 5, 2006**                     **Richard W. Wieking, Clerk**

                                                 **By:  /s/ JW Chambers**
                                                 **      Elizabeth Garcia**
                                                 **      Courtroom Deputy**

**United States District Court**
For the Northern District of California