**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Hewlett Packard Co, | NO. C 99-20207 JW |
| Plaintiffs, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| ACE Property & Casualty Insurance, et al., | |
| Defendants. | |

In light of the parties' joint statement, and Special Master Stone advisement that he will have his report and recommendations completed by December 6, 2006, the Court continues the case management conference presently scheduled for November 27, 2006 to **January 22, 2007 at 10 AM.** This should give the parties sufficient time to digest the Special Master's report. Pursuant to the Civil Local Rules of the Court, the parties shall file a joint statement ten (10) days before the date of the conference.

Dated:  November 22, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Bradley M. Zamczyk bzamczyk@hinshawlaw.com
David A. Gauntlett info@gauntlettlaw.com
James A. Lowe jal@gauntlettlaw.com
Martin S. Checov mchecov@omm.com
Merle J. Panick mpanick@hinshawlaw.com
Ralph A. Zappala zappala@ldbb.com
Robert J. Romero rromero@hinshawlaw.com

**Dated:  November 22, 2006**                        Richard W. Wieking, Clerk

                                                     **By:   /s/ JW Chambers**
                                                            **Elizabeth Garcia**
                                                            **Courtroom Deputy**

**United States District Court**
For the Northern District of California