IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Hewlett Packard Co, | NO. C 99-20207 JW |
| Plaintiff,<br>v.<br>ACE Property & Casualty Insurance,<br>Defendants. | **ORDER VACATING INTERIM CASE MANAGEMENT CONFERENCE, SETTING HEARING ON MOTIONS RE: SPECIAL MASTER'S RECOMMENDATIONS** |

In light of the parties' supplemental joint case management statement, the Court vacates the conference presently scheduled for January 22, 2007. The Court adopts the internal briefing schedule the parties have stipulated to and sets a hearing on motions concerning the Special Master's recommendations for **June 25, 2007 at 9 a.m.**

Dated: January 17, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Bradley M. Zamczyk bzamczyk@hinshawlaw.com
David A. Gauntlett info@gauntlettlaw.com
James A. Lowe jal@gauntlettlaw.com
Martin S. Checov mchecov@omm.com
Merle J. Panick mpanick@hinshawlaw.com
Ralph A. Zappala zappala@ldbb.com
Robert J. Romero rromero@hinshawlaw.com
Steven H. Bergman sbergman@omm.com

**Dated: January 17, 2007**               **Richard W. Wieking, Clerk**

                                                    **By:   /s/ JW Chambers**
                                                          **Elizabeth Garcia**
                                                          **Courtroom Deputy**

**United States District Court**
For the Northern District of California