RECEIVED
2007 JUN 19 PM 2:30
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

FILED
JUN 2 0 2007
RICHARD W. WIEKING
CLERK
NORTHERN DISTRICT COURT
SAN JOSE OF CALIFORNIA

1  MARK WOOD [SBN 41640]
   JOHN F. DAUM [SBN 118453]
2  MARTIN S. CHECOV [SBN 96901]
   STEVEN H. BERGMAN SBN [180542]
3  **O'MELVENY & MYERS LLP**
   400 South Hope Street
4  Los Angeles, California 90071-2899
   Telephone (213) 430-6000
5  Facsimile (213) 430-6407

6  ROBERT J. ROMERO [SBN 136539]
   BRADLEY M. ZAMCZYK [SBN 151753]
7  **HINSHAW & CULBERTSON LLP**
   One California Street, 18th Floor
8  San Francisco, California 94111
   Telephone: (415) 362-6000
9  Facsimile: (415) 834-9070

10 JANELLE F. GARCHIE [SBN 118453]
   **LEWIS BRISBOIS BISGAARD & SMITH LLP**
11 550 West C Street, Suite 800
   San Diego, California 92101-3540
12 Telephone: (619) 233-1006
   Facsimile: (619) 233-8627

13
14 Attorneys for Defendant
   ACE PROPERTY AND CASUALTY INSURANCE COMPANY

15

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| HEWLETT-PACKARD COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>ACE PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>Defendant. | Case No. C-99-20207 JW<br><br>**STIPULATION AND ORDER RESCHEDULING HEARING DATE OF MOTIONS REGARDING SPECIAL MASTER'S REPORT AND RECOMMENDATION AFTER REMAND HEARING** |

### STIPULATION

The parties, by and through their counsel of record, stipulate as follows:

1. Hewlett-Packard Company's ("HP") Motion to Adopt Special Master's Report and Recommendation after Remand Hearing and ACE Property and Casualty Insurance Company's

1

1  ("ACE") objections to the Special Master's Report and Recommendation after Remand Hearing
2  were scheduled for hearing by order of this court for June 25, 2007.
3      2.    As a result of a scheduling conflict with counsel selected by ACE to appear at the
4  hearing, the parties have agreed to reschedule the June 25, 2007, hearing to 1:30 p.m., July 24, 2007,
5  before the Hon. James Ware.
6      IT IS SO STIPULATED.
7  Dated: June 19, 2007        HEWLETT-PACKARD COMPANY

By: _____
JAMES A. LOWE
Attorneys for Plaintiff
HEWLETT-PACKARD COMPANY

Dated: June 19, 2007        HINSHAW & CULBERTSON LLP

By: _____
BRADLEY M. ZAMCZYK
Attorneys for Defendant
ACE PROPERTY & CASUALTY
INSURANCE COMPANY

## ORDER

IT IS HEREBY ORDERED that, upon the above stipulation of the parties, the June 25, 2007, hearing of HP's Motion to Adopt the Special Master's Report and Recommendation after Remand Hearing and ACE's Objections to the Special Master's Report and Recommendation after Remand Hearing is continued until 1:30 p.m., July 24, 2007.

Further, the Court ORDERS that this case, as of the date of this Order, be on the Court's E-Filing system. The parties shall contact the Clerk of Court to register accordingly.

Dated: June 20, 2007

_____
JAMES WARE
United State District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

HEWLETT-PACKARD COMPANY,

      Plaintiff,

v.

ACE PROPERTY AND CASUALTY
INSURANCE COMPANY,

      Defendant.

Case Number: cv 99-20207 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 21, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Steven H. Bergman   sbergman@omm.com ,khersey@omm.com ,cmontiel@omm.com

      jchang@omm.com

Martin S. Checov   mchecov@omm.com

David A. Gauntlett   info@gauntlettlaw.com

James A. Lowe   jal@gauntlettlaw.com,pam@gauntlettlaw.com

Merle Jane Panick   mpanick@hinshawlaw.com

Robert John Romero   rromero@hinshawlaw.com

Bradley M. Zamczyk   bzamczyk@hinshawlaw.com

Ralph A. Zappala   zappala@lbbslaw.com,suazo@lbbslaw.com

John F. Daum
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071-2899

Alan E. Greenberg
Lewis Brisbois Bisgaard & Smith
550 West "C" Street, Suite 800
San Diego, Ca 92101-3540

Timothy P. Lindell
Lewis Brisbois Bisgaard & Smith LLP
550 West "C" Street, Suite 800
San Diego, Ca 92101

Ernest Slome
Lewis Brisbois Bisgaard & Smith
550 West "C" Street, Suite 800
San Diego, Ca 92101-3540

Andrew M. Sussman
Gauntlett & Associates
18400 Von Karman Ave #300
Irvine, CA 92612

Mark Wood
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 00071-2899

June 21, 2007

Richard W. Wieking, Clerk

By: Elizabeth C. Garcia, Deputy Clerk