**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Hewlett Packard Co., | NO. C 99-20207 JW |
| Plaintiff, | **ORDER TO SHOW CAUSE WHY THE SPECIAL MASTER'S DECEMBER 2006 REPORT SHOULD NOT BE FILED AND MADE PUBLICLY AVAILABLE** |
| v. | |
| ACE Property & Casualty Insurance Co., | |
| Defendant. | |
| _____ / | |

On May 14, 2008, the Court issued its Amended Judgment in the above entitled case. Since then, members of the public have contacted the Clerk's office to inquire about obtaining the Special Master's December 2006 Report referenced in the Order preceding the Amended Judgment. The Special Master's Report was not "filed" but "lodged" with Chambers. The Court hereby Orders the parties to show cause, if any, why the Special Master's December 2006 Report should not be filed and made available for public access.

The parties shall file their responses to this Order on or before **June 9, 2008.**

Dated: June 5, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Bradley Marc Zamczyk bzamczyk@hinshawlaw.com
David A. Gauntlett info@gauntlettlaw.com
James A. Lowe jal@gauntlettlaw.com
Martin S. Checov mchecov@omm.com
Merle Jane Panick mpanick@hinshawlaw.com
Ralph Angelo Zappala zappala@lbbslaw.com
Robert John Romero rromero@hinshawlaw.com
Steven H. Bergman sbergman@omm.com


**Dated: June 5, 2008**                                             **Richard W. Wieking, Clerk**


                                                                    **By:  /s/ JW Chambers**
                                                                          **Elizabeth Garcia**
                                                                          **Courtroom Deputy**

United States District Court
For the Northern District of California