IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Hewlett Packard Co., et al., | NO. C 99-20207 JW |
| Plaintiff, | **ORDER SETTING BRIEFING SCHEDULE ON HP'S MOTION TO AMEND THE AMENDED JUDGMENT** |
| v. | |
| ACE Property & Casualty Insurance Co., et al., | |
| Defendant. | |

In light of the Court's current calendar, and the need to resolve the outstanding issues in this case expediently, the Court sets an accelerated briefing schedule for Plaintiff HP's Motion to Amend the Amended Judgment. (Docket Item No. 576.) Defendant ACE shall file any Opposition to HP's motion on or before **July 30, 2008**. HP shall file any Reply on or before **August 1, 2008**. Since the Court finds this motion appropriate for submission without oral argument, the Court declines to set a hearing date for this motion at this time. See Civ. L.R. 7-1(b).

Dated: July 25, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Bradley Marc Zamczyk bzamczyk@hinshawlaw.com
David A. Gauntlett info@gauntlettlaw.com
Ernest Slome slome@lbbslaw.com
James A. Lowe jal@gauntlettlaw.com
John Frederic Daum jdaum@omm.com
Martin Samuel Checov mchecov@omm.com
Merle Jane Panick mpanick@hinshawlaw.com
Ralph Angelo Zappala zappala@lbbslaw.com
Robert John Romero rromero@hinshawlaw.com
Steven H. Bergman sbergman@omm.com

**Dated: July 25, 2008**                                      **Richard W. Wieking, Clerk**

**By:   /s/ JW Chambers**
       **Elizabeth Garcia**
       **Courtroom Deputy**

**United States District Court**
For the Northern District of California