

# HINSHAW
& CULBERTSON LLP

RECEIVED
NOV - 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

November 4, 2008

**ATTORNEYS AT LAW**
One California Street
18th Floor
San Francisco, CA 94111

415-362-6000
415-834-9070 (fax)
www.hinshawlaw.com

Cindy Vargas
Deputy Clerk
United States District Court
Northern District of California
280 S. First Street, Room 2112
San Jose, CA 95113

Re: *Hewlett-Packard Co. v. ACE Property & Casualty Insurance Co.* ("The Coverage Action") (99-cv-20207 JW)

Dear Ms. Vargas:

Enclosed please find a Writ of Execution and accompanying Order issued by Judge Ware on November 25, 2003 sanctioning Plaintiff Hewlett-Packard for $184,598.00 (the "November 25, 2003 Order" or "Sanction Order") .

Pursuant to this Writ of Execution and Sanction Order, Defendant ACE seeks to collect $184,598.00 from Plaintiff HP as awarded by Judge Ware's November 25, 3003 Order. This Order is No. 404 on the case docket (99-cv-20207 JW). I have also enclosed a copy of the Sanction Order for your review.

Plaintiff HP ultimately prevailed on the Coverage Action when Judge Ware issued a Final Amended Judgment in favor of Plaintiff HP on May 14, 2008. The Coverage Action is now on appeal. The First Amended Judgement is No. 509 on the case docket (99-cv-20207 JW). HP, however, never paid the $184,598.00 amount it was sanctioned pursuant to the November 25, 2003 Order. Accordingly, ACE seeks to collect at this time.

Thank you for your attention to this matter. If you have any questions, please feel free to contact me directly at (415) 263-8105.

Very truly yours,

HINSHAW & CULBERTSON LLP

*Erica Teagarden*
Erica Teagarden
eteagarden@hinshawlaw.com

2976999v1  813640  49210

Arizona  California  Florida  Illinois  Indiana  Massachusetts  Minnesota  Missouri  New York  Oregon  Rhode Island  Wisconsin