| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO. (415) 362-6000 | FOR RECORDER'S USE ONLY |
|---|---|---|
| ☒ RECORDING REQUEST BY AND RETURN TO:<br>ROBERT J. ROMERO (S.B.N. 136539)<br>BRADLEY M. ZAMCZYK (SBN 151753)<br>HINSHAW & CULBERTSON LLP<br>One California Street, 18th Floor<br>San Francisco, CA 94114<br>☒ ATTORNEY FOR   ☒ JUDGMENT CREDITOR   ☐ ASSIGNEE OF RECORD | | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STREET ADDRESS: 280 S. 1st Street, Room 2112
CITY AND ZIP CODE: San Jose, CA 95113
BRANCH NAME: San Jose Office

PLAINTIFF: Hewlett-Packard Company

DEFENDANT: ACE Property & Casualty Insurance Company

| WRIT OF | ☒ EXECUTION (Money Judgment) | | CASE NUMBER: C-99-20207 JW |
|---|---|---|---|
| | ☐ POSSESSION OF | ☐ Personal Property | FOR COURT USE ONLY |
| | | ☐ Real Property | |
| | ☐ SALE | | |

1. To the Sheriff or any Marshal or Constable of the County of: United States District Court, Northern District of California
   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.

2. To any registered process server: You are authorized to serve this writ only in accord with CCP 699.080 or CCP 715.040.

3. (Name): ACE Property & Casualty Insurance Company
   is the ☒ judgment creditor   ☐ assignee of record
   whose address is shown on this form above the court's name.

4. Judgment debtor (name and last known address):
   Hewlett-Packard Company
   3000 Hanover Street
   Palo Alto, CA 94304

9. ☐ See reverse for information on real or personal property to be delivered under a writ of possession or sold under a writ of sale.

10. ☐ This writ is issued on a sister-state judgment.

11. Total judgment .............................................. $  184,598.00
12. Costs after judgment (per filed order or memo CCP 685.090 ........................ $
13. Subtotal (add 11 and 12) .................... $  184,598.00
14. Credits ............................................... $
15. Subtotal (subtract 14 from 13) ............. $  184,598.00
16. Interest after judgment (per filed affidavit CCP 685.050) ............................. $
17. Fee for issuance of writ ....................... $
18. Total (add 15, 16, and 17) ................... $  184,598.00

☐ additional judgment debtors on reverse

5. Judgment entered on (date): 11/25/2003
6. ☐ Judgment renewed on (dates):

19. Levying officer: Add daily interest from date of writ (at the legal rate on 15) of ........... $

7. Notice of sale under this writ
   a. ☐ has not been requested.
   b. ☐ has been requested (see reverse).

8. ☐ Joint debtor information on reverse.

20. ☐ The amounts called for in items 11-19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

RICHARD W. WIEKING
Clerk, by  CINDY VARGAS , Deputy

(SEAL)

Issued on (date): NOV 5 2008

- NOTICE TO PERSON SERVED: SEE REVERSE FOR IMPORTANT INFORMATION -

(Continued on reverse)

WRIT OF EXECUTION
CCP 699.520, 712.010, 715.010
EJ-130REV1/89

American LegalNet, Inc.
www.FormsWorkflow.com