DAVID A. GAUNTLETT       [SBN 96399]
JAMES A. LOWE            [SBN 214383]
**GAUNTLETT & ASSOCIATES**
18400 Von Karman, Suite 300
Irvine, California 92612-0505
Telephone: (949) 553-1010
Facsimile: (949) 553-2050
Attorneys for Plaintiff
HEWLETT-PACKARD COMPANY

ROBERT J. ROMERO         [SBN 136839]
BRADLEY M. ZAMCZYK       [SBN 151753]
**HINSHAW & CULBERTSON**
244 Jackson Street, Suite 300
San Francisco, California 94111-1826
Telephone: (415) 362-6000
Facsimile: (415) 834-9070
Attorneys for Defendant
ACE PROPERTY AND CASUALTY INSURANCE COMPANY

*IT IS SO ORDERED*
*Judge James Ware*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| HEWLETT-PACKARD COMPANY,<br><br>          Plaintiff,<br><br>     vs.<br><br>ACE PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>          Defendant. | CASE NO.: C-99-20207 JW<br><br>Hon. James Ware<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER STAYING ENFORCEMENT OF WRIT OF EXECUTION**<br><br>[L.R. 7-12] |

163411.1-10191-003-11/18/2008

# STIPULATION

Pursuant to Civil L.R. 7-12, this Stipulation is entered into by and between Plaintiff Hewlett-Packard Company ("HP") and defendant ACE Property and Casualty Insurance Company ("ACE") and is made with reference to the following facts:

WHEREAS, on November 5, 2008, ACE caused the Clerk of the United States District Court, Northern District of California, to issue a Writ of Execution (the "Writ") for the enforcement of a "money judgment" in the sum of $184,598.00 in favor of ACE and against HP; and

WHEREAS, ACE contends that the Writ was appropriately issued to assist in the enforcement of an unpaid November 25, 2003 discovery sanctions order in ACE's favor and against HP, but HP contends that any such order was an interim order that never became final or a judgment and so the Writ should not have been issued and now should be quashed; and

WHEREAS, HP has filed a motion to quash the Writ of Execution set for hearing on December 22, 2008; and

WHEREAS, HP and ACE agree that the Writ of Execution should be stayed until the Court rules on HP's motion and decides whether or not the Writ should be quashed.

THEREFORE, SUBJECT TO THE COURT'S APPROVAL, HP AND ACE HEREBY STIPULATE AND AGREE that an order shall be entered staying the enforcement of the Writ until after the entry of an Order by the Court granting or denying HP's motion to quash the Writ.

Dated: November 18, 2008          **GAUNTLETT & ASSOCIATES**

                                  By:   /s/ James A. Lowe
                                        JAMES A. LOWE

                                  Attorneys for Plaintiff Hewlett-Packard Company


Dated: November 18, 2008          **HINSHAW & CULBERTSON, LLP**

                                  By:   /s/ Robert J. Romero
                                        ROBERT J. ROMERO

                                  Attorneys for Defendant Ace Property & Casualty Insurance Company

## ATTESTATION OF FILING

Pursuant to General Order No. 45 § X(B), I hereby attest that I have obtained concurrence in the filing of this Stipulation and [Proposed] Order Staying Enforcement of Writ of Execution from Defendant.

By: <u>    /s/ James A. Lowe         </u>

**IT IS SO ORDERED.**

Dated: <u>  November 25, 2008    </u>      <u>                                              </u>
JAMES WARE,
United States District Judge