IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Hewlett Packard Co., | NO. C 99-20207 JW |
| Plaintiff, | **ORDER SETTING CASE MANAGEMENT CONFERENCE** |
| v. | |
| ACE Property & Casualty Ins. Co., et al., | |
| Defendants. | |

In light of the Ninth Circuit Court of Appeals' remand (Docket Item No. 625), the Court sets a Case Management Conference for **August 23, 2010 at 10 a.m.**  On or before **August 13, 2010,** the parties shall file a Joint Case Management Statement.  The Statement shall include, among other things, the parties' position with respect to the next stage of the litigation in light of the remand, and a proposed schedule to advance the case.

Dated:  July 16, 2010

*James Ware*
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Bradley Marc Zamczyk bzamczyk@hinshawlaw.com
David A. Gauntlett info@gauntlettlaw.com
Ernest Slome slome@lbbslaw.com
James A. Lowe jal@gauntlettlaw.com
John Frederic Daum jdaum@omm.com
Martin Samuel Checov mchecov@omm.com
Merle Jane Panick mpanick@hinshawlaw.com
Ralph Angelo Zappala zappala@lbbslaw.com
Robert John Romero rromero@hinshawlaw.com
Steven H. Bergman sbergman@omm.com

**Dated: July 16, 2010**            **Richard W. Wieking, Clerk**

**By:     /s/ JW Chambers**
        **Elizabeth Garcia**
        **Courtroom Deputy**

**United States District Court**
For the Northern District of California