**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Hewlett Packard Co., | NO. C 99-20207 JW |
| Plaintiff, | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| ACE Property & Casualty Ins. Co., | |
| Defendant. | |

On August 24, 2010, the parties are scheduled to appear for a Case Management Conference. Upon review of the parties' Thirteenth Supplemental Joint Case Management Statement,[1] the Court finds that a conference is not necessary at this time. Defendant has filed a Motion for Reimbursement set for hearing on December 13, 2010. (Docket Item Nos. 630, 634.) The Court will issue a judgment consistent with the Ninth Circuit remand pending the resolution of Defendant's Motion. The parties shall comply with the Civil Local Rules of Court in briefing Defendant's Motion.

Accordingly, the Court VACATES the August 24 Case Management Conference.

Dated:  August 18, 2010

JAMES WARE
United States District Judge

---

[1] (Docket Item No. 629.)

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Bradley Marc Zamczyk bzamczyk@hinshawlaw.com
David A. Gauntlett info@gauntlettlaw.com
Ernest Slome slome@lbbslaw.com
James A. Lowe jal@gauntlettlaw.com
John Frederic Daum jdaum@omm.com
Mark C. Wood noemail@example.com
Martin Samuel Checov mchecov@omm.com
Merle Jane Panick mpanick@hinshawlaw.com
Ralph Angelo Zappala zappala@lbbslaw.com
Robert John Romero rromero@hinshawlaw.com
Steven H. Bergman sbergman@omm.com

**Dated:   August 18, 2010**                                   **Richard W. Wieking, Clerk**

**By:  /s/ JW Chambers**
         **Elizabeth Garcia**
         **Courtroom Deputy**

**United States District Court**
For the Northern District of California