1  **GAUNTLETT & ASSOCIATES**
   David A. Gauntlett (SBN 96399)
2  James A. Lowe (SBN 214383)
   18400 Von Karman, Suite 300
3  Irvine, California  92612
   Telephone:  (949) 553-1010
4  Facsimile:  (949) 553-2050
   jal@gauntlettlaw.com
5
   **MORGAN, LEWIS & BOCKIUS LLP**
6  Thomas M. Peterson (96011)
   One Market, Spear Tower
7  San Francisco, CA  94105
   Telephone:  415-442-1000
8  Facsimile:  415-442-1001
   tmpeterson@morganlewis.com
9
   Attorneys for Plaintiff
10 HEWLETT-PACKARD COMPANY

11 **O'MELVENY & MYERS LLP**
   Mark Wood [SBN 41640]
12 Martin S. Checov [SBN 96901]
   Steven H. Bergman [SBN 180542]
13 400 South Hope Street
   Los Angeles, CA  90071-2899
14 Telephone:  (213) 430-6000
   Facsimile:  (213) 430-6407
15
   Attorneys for Defendant
16 ACE PROPERTY AND CASUALTY INSURANCE COMPANY

17

18                    UNITED STATES DISTRICT COURT

19             NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

20

| | |
|---|---|
| 21  HEWLETT-PACKARD COMPANY, | ) CASE NO.:  C-99-20207 JW |
| 22              Plaintiff, | ) Hon. James Ware |
| 23       vs. | ) **STIPULATION AND [PROPOSED] ORDER SETTING JOINT HEARING ON CROSS-MOTIONS ON REIMBURSEMENT** |
| 24  ACE PROPERTY AND CASUALTY | |
| 25  INSURANCE COMPANY, | ) [L.R. 7-12] |
| 26              Defendant. | |
| 27  _____ | |

28

IT IS SO ORDERED AS MODIFIED
/s/ James Ware
Judge James Ware
11/12/2010

## STIPULATION

Pursuant to Civil L.R. 7-12, this Stipulation is entered into by and between Plaintiff Hewlett-Packard Company ("HP") and defendant ACE Property and Casualty Insurance Company ("ACE") and is made with reference to the following facts:

WHEREAS, ACE filed a motion August 13, 2010 seeking an order that HP is required to reimburse $11,061,717.00 ACE paid to it in October 2003.

WHEREAS, On August 17, 2010, the Court entered an Order [Docket No. 634] continuing the hearing of ACE's motion to December 13, 2010 at 9:00 a.m. in Courtroom "8."

WHEREAS, HP will file a cross motion on November 8, 2010 seeking a summary judgment that ACE is not entitled to reimbursement of the money it paid to HP in 2003.

WHEREAS, In the ordinary course under Civ. L.R. 7-2(a) HP's motion would be timely filed for a hearing on December 13, 2010. The Court's calendar for that date, however, is noted as being "closed."

WHEREAS, The parties agree that it will serve the interests of the parties and judicial economy for ACE's and HP's motions to be simultaneously heard and considered on December 13, 2010.

THEREFORE, SUBJECT TO THE COURT'S APPROVAL, HP AND ACE HEREBY STIPULATE AND AGREE that the Court enter an order setting HP's cross-motion for hearing at the same time as ACE's motion for reimbursement, to wit: December 13, 2010 at 9:00 A.M.

Dated: November 5, 2010          **GAUNTLETT & ASSOCIATES**

By: _/s/ James A. Lowe_
JAMES A. LOWE

Attorneys for Plaintiff Hewlett-Packard Company

Dated: November 5, 2010          **O'MELVENY & MYERS LLP**

By: _/s/ Steven H. Bergman_
STEVEN H. BERGMAN

Attorneys for Defendant Ace Property & Casualty Insurance Company


## ATTESTATION OF FILING

Pursuant to General Order No. 45 § X(B), I hereby attest that I have obtained concurrence in the filing of this Stipulation and [Proposed] Order setting joint hearing on cross-motions.

By: /s/ James A. Lowe

**PURSUANT TO STIPULATION, IT IS SO ORDERED AS MODIFIED.**
(1) Oppositions shall be filed on or before **November 22, 2010.**
(2) Reply shall be filed on or before **November 29, 2010.**

Dated: November 12, 2010

JAMES WARE,
United States District Judge

# **CERTIFICATE OF SERVICE**

I am a citizen of the United States and employed in San Francisco, California. I am over the age of eighteen years and not a party to the within entitled action. My business address is One Market St, Spear Tower, San Francisco, California 94105.

I hereby certify that on November 8, 2010, I electronically filed **Stipulation and [Proposed] Order Setting Joint Hearing on Cross-Motions on Reimbursement** with the Clerk of the Court using the CM/ECF system, which will send notifications to CM/ECF participants.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 8th day of November, 2010 in San Francisco, California.


By    /s/ Lynda Rosenblatt
         Lynda Rosenblatt