THOMAS M. PETERSON (96011)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Tower
San Francisco, CA 94105
Telephone:  415-442-1000
Facsimile:  415-442-1001
Email:      tmpeterson@morganlewis.com

DAVID GAUNTLETT (96399)
JAMES A. LOWE (214383)
GAUNTLETT & ASSOCIATES
18400 Von Karman, Suite 300
Irvine, CA 92612
Telephone:  949-553-1010
Email:      DAG@gauntlettlaw.com
            JAL@gauntlettlaw.com

Attorneys for Plaintiff
Hewlett-Packard Company

RECEIVED

2011 JAN 24  P 3:55

CLERK U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEWLETT-PACKARD COMPANY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ACE PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>　　　　　　Defendant. | Case No. C-99-20207 JW<br><br>Before the Hon. James Ware<br><br>[~~PROPOSED~~] ORDER APPROVING SUPERSEDEAS BOND AND STAY OF EXECUTION OF THE DECEMBER 15, 2010 JUDGMENT PENDING APPEAL |

1    Plaintiff Hewlett-Packard Company ("HP") submitted an *Ex Parte* Motion To Set The Amount Of The Supersedeas Bond And For Stay Of Enforcement Of Judgment Pending Appeal on December 29, 2010 ("Motion"). (Docket No. 656.) On January 18, 2011, the Court issued an Order Granting in Part and Denying in Part the Motion. (Docket No. 668.) The Court found that good cause existed to stay execution of the Judgment pending appeal, provided that HP post a supersedeas bond in the amount of $17,100,000.

On January 24, 2011, HP posted a Supersedeas Bond from Liberty Mutual Insurance Company in the amount of $17,100,000.00 and the accompanying Declaration of Surety. Liberty Mutual is qualified as a surety under Civil Local Rule 65-1.1(b)(1) and Civil Local Rule 65-1.1(b)(2).

THEREFORE, IT IS HEREBY ORDERED that:

1. Supersedeas Bond No. 024-033-495 from Liberty Mutual Insurance Company posted on January 24, 2011 is approved; and

2. Pursuant to Fed. R. Civ. P. 62(d), enforcement of the December 15, 2010 Judgment is stayed.

**IT IS SO ORDERED**.

Dated: January 28, 2011

Hon. James Ware
Chief Judge of the U.S. District Court
Northern District of California

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/22121490.1

[Proposed] Order Approving Supersedeas Bond and
Staying Execution of Judgment Pending Appeal
Case No. C-99-20207 JW